UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WENGER S.A.,

      Plaintiff,

 -against-

GALAXY BRANDS LLC, et al.,

      Defendants.
------------------------------------------------------------X

20 Civ. 1107 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, on April 7, 2021, a Third Amended CMP was issued, Dkt. No. 63, that *inter alia* directed the parties to file a status letter by June 7, 2021.

 WHEREAS, the parties have not filed that status letter. It is hereby

 **ORDERED** that, by **June 11, 2021**, the parties shall file that status letter.

Dated: June 8, 2021
  New York, New York

                  LORNA G. SCHOFIELD
                  UNITED STATES DISTRICT JUDGE