UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WENGER S.A.,                                                :
                              Plaintiff,                    :
                                                            :     20 Civ. 1107 (LGS)
            -against-                                       :
                                                            :     ORDER
GALAXY BRANDS et al.,                                       :
                              Defendants.                   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the conference to discuss the progress of discovery is scheduled for August 12, 2021, at 10:30 A.M. (Dkt. No. 76). It is hereby

**ORDERED** that the conference scheduled for August 12, 2021, at 10:30 A.M., is rescheduled to **August 12, 2021, at 11:15 A.M.** The parties shall call (888) 363-4749 and use Access Code 558-3333.

Dated: August 11, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE