UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WENGER S.A.,
                 Plaintiff,

-against-

GALAXY BRANDS LLC, et al.,
                 Defendants.
------------------------------------------------------------X

20 Civ. 1107 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a motion to seal the Exhibits to its Motion for Preliminary Injunction Against Olivet International, Inc. and for Lift of Stay of Case (the "Exhibits"), Dkt. No. 95;

WHEREAS, Defendant Olivet requested that the Exhibits be filed under seal. It is hereby

**ORDERED** that Defendant Olivet shall file a supplemental letter by December 8, 2021, explaining the basis for sealing the Exhibits in accordance with the three-part test in *Lugosch*. See *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Plaintiffs shall file any response by December 10, 2021. It is further

**ORDERED** that, for the conference scheduled on December 9, 2021, at 2:00 P.M., the parties shall call (888) 363-4749 and enter the access code 558-3333.

Dated: December 3, 2021
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE