

November 17, 2021

**VIA ECF**

> Application GRANTED. Plaintiff's unredacted version of the Motion for Preliminary Injunction at Dkt. No. 97 shall remain under seal with access restricted to parties identified in the Appendix to this letter for the reasons identified in the letter at Dkt. No. 103.
>
> Dated: December 9, 2021
>    New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **Wenger S.A. v. Galaxy Brands LLC, et al.**
     **Case No.: 1:20-cv-01107-LGS**
     **Letter Motion To Seal**

Dear Judge Schofield:

On November 17, 2021 defendant Olivet International, Inc ("Olivet") and co-defendant Galaxy International, Inc ("Galaxy") were not in agreement with waiving confidential privileges pertaining to Exhibits attached to Plaintiff Wenger S.A.'s Motion For A Lifting Of The Stay And For A Preliminary Injunction As To Olivet International, Inc. and the Exhibits attached to the Declaration of Maxim H. Waldbaum and the Declaration of John Pulichino In Support Of Wenger S.A.'S Motion For A Preliminary Injunction As To Olivet International, Inc., And For A Lifting Of The Stay In This Litigation.

Pursuant to Your Honor's Individual Rules and Procedures For Civil Cases and the Court's standing order, 19-mc-00583, and ECF Rules & Instructions, section 6, Plaintiff files this Letter Motion to Seal the proposed sealed documents filed in connection with Plaintiff Wenger S.A.'s Motion For A Lifting Of The Stay And For A Preliminary Injunction As To Olivet International, Inc. and the Exhibits attached to the Declaration of Maxim H. Waldbaum and the Declaration of John Pulichino In Support Of Wenger S.A.'S Motion For A Preliminary Injunction As To Olivet International, Inc., And For A Lifting Of The Stay In This Litigation.

Thank you for your assistance in reviewing this request.

Respectfully submitted,

RIMON, P.C.

By: */s/ Maxim H. Waldbaum*
Maxim H. Waldbaum
100 Park Avenue 16th Floor
New York, NY 10017
Tel: 917.979.4776
Email: maxim.waldbaum@rimonlaw.com

*Attorney(s) for Attorney for Plaintiff-Counter Defendant Wenger S.A.*

cc: All parties via Notice of Electronic Filing by ECF

# APPENDIX IDENTIFYING ALL PARTIES AND ATTORNEYS OF RECORD WHO SHOULD HAVE ACCESS TO THE SEALED DOCUMENTS TO MOTION FOR A LIFTING OF THE STAY AND FOR A PRELIMINARY INJUNCTION AS TO OLIVET INTERNATIONAL, INC.

**Plaintiff**

| | | |
|---|---|---|
| Wenger S.A. | represented by | **Maxim Howard Waldbaum**<br>Rimon Law, P. C.<br>100 Park Avenue<br>16th Floor<br>New York, NY 10017<br>917-979-4776<br>Email: maxim.waldbaum@rimonlaw.com |

**Defendant**

| | | |
|---|---|---|
| Galaxy Brands LLC | represented by | **Jeremy Richardson**<br>Freeborn & Peters LLP<br>1155 Avenue of the Americas<br>Ste 26th Floor<br>New York, NY 10036<br>646-993-4437<br>Email: jrichardson@freeborn.com |
| | | **Charles D. Pfister**<br>Wood, Herron & Evans LLP<br>441 Vine Street<br>Ste 2700 Carew Tower<br>Cincinnati, OH 45202<br>513-241-2324<br>Fax: 513-241-6234<br>Email: cpfister@whe-law.com |
| | | **Gregory F Ahrens**<br>Wood, Herron & Evans LLP<br>441 Vine Street<br>Ste 2700<br>Cincinnati, OH 45202<br>513-241-2324<br>Fax: 513-241-6234<br>Email: gahrens@whe-law.com |

**Defendant**

| | | |
|---|---|---|
| Olivet International, Inc. | represented by | **Michael Anthony Siem**<br>Goldberg Segalla LLP |

        711 3rd Avenue
        Ste 1900
        New York, NY 10017
        646-292-8762
        Email: msiem@goldbergsegalla.com

**Gregory F Ahrens**
(See above for address)

**Matthew Scott Trokenheim**
Goldberg Segalla LLP
665 Main Street
Buffalo, NY 14203
973-681-7024
Email: mtrokenheim@goldbergsegalla.com

**Counter Claimant**

| | | |
|---|---|---|
| **Olivet International, Inc.** | represented by | **Michael Anthony Siem** (See above for address) |

**Counter Defendant**

| | | |
|---|---|---|
| **Wenger S.A.** | represented by | **Maxim Howard Waldbaum** (See above for address) |

**Counter Claimant**

| | | |
|---|---|---|
| **Galaxy Brands LLC** | represented by | **Jeremy Richardson** (See above for address) |
| | | **Charles D. Pfister** (See above for address) |

**Counter Defendant**

| | | |
|---|---|---|
| **Wenger S.A.** | represented by | **Maxim Howard Waldbaum** (See above for address) |