```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WENGER S.A.,                                      :
                          Plaintiff,              :
                                                  :
          -against-                               :         20 Civ. 1107 (LGS)
                                                  :
GALAXY BRANDS LLC, et al.,                        :         ORDER
                          Defendants,             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 17, 2021, Plaintiff filed a motion for preliminary injunction and for other relief;

WHEREAS, on December 9, 2021, a hearing was held. It is hereby

**ORDERED** that Plaintiff's motion for preliminary injunction and for other reliefs is DENIED for the reasons stated on the record.

Dated: January 5, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**