UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
WENGER S.A.,                                                  :
                                    Plaintiff,                :
                                                              :   20 Civ. 1107 (LGS)
        -against-                                             :
                                                              :   ORDER
GALAXY BRANDS LLC, et al.,                                    :
                                    Defendants.               :
                                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on November 9, 2022, at 3:45 P.M.  It is hereby

**ORDERED** that, by **November 14, 2022**, the parties shall file a joint letter advising whether they would like to conduct settlement discussions via a settlement conference before Magistrate Judge Aaron, participating in the Court's Mediation Program or retaining (at the parties' expense) a private mediator.

Dated: November 10, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**