UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WENGER S.A.,                                                :
                                    Plaintiff,              :
                                                            :          20 Civ. 1107 (LGS)
         -against-                                          :
                                                            :                ORDER
GALAXY BRANDS LLC, et al.,                                  :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for December 21, 2022, at 4:00 P.M. It is hereby

**ORDERED** that, in light of the settlement conference scheduled for December 22, 2022, before Magistrate Judge Aaron, the pre-motion conference is **adjourned** to **January 18, 2023, at 4:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333. Any party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference and in the form provided in the Court's Individual Rule III.A.1. If no pre-motion letter is timely filed, the conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: December 5, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**