```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wenger S.A.,

                    Plaintiff,

-against-

Galaxy Brands LLC et al.,

                    Defendants.

1:20-cv-01107 (LGS) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Friday, December 16, 2022 at 11:00 a.m. to discuss Plaintiff's Letter Motion filed at ECF No. 173. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

Prior to the telephone conference, Plaintiff and Walmart shall continue to meet and confer regarding the current dispute, including the choice of vendor and reasonable vendor costs. During the conference, the Court will consider whether to impose any portion of the vendor costs on Walmart if the Court finds such costs to be excessive.

SO ORDERED.

Dated:      New York, New York
             December 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge