UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                 :

WENGER S.A.,                                         :

                          Plaintiff,        :

                                                 :      20 Civ. 1107 (LGS)

             -against-                      :

                                                 :      <u>ORDER</u>

GALAXY BRANDS LLC, et al.,            :

                        Defendants.  :

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties appeared before Magistrate Judge Aaron on December 22, 2022, for a settlement conference;

      WHEREAS, the Order dated November 15, 2022, directed the parties to file a joint status letter at the conclusion of the settlement conference;

      WHEREAS, no such letter has been filed. It is hereby

      **ORDERED** that, by **January 26, 2023**, the parties shall file the status letter.

Dated: January 23, 2023
       New York, New York

                                                        **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**