USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wenger S.A.,

                    Plaintiff,

-against-

Galaxy Brands LLC et al.,

                    Defendants.

1:20-cv-01107 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties regarding the issues set forth in the January 20, 2023 Letter (ECF No. 193) related to the production of documents by Walmart, it is hereby Ordered as follows:

1. No later than Friday, February 10, 2023, Walmart shall produce the unredacted documents required by the Court's January 31, 2023 Order (ECF No. 197).

2. No later than Friday, February 17, 2023, Plaintiff shall provide to Walmart at least 15 examples of documents within the agreed-upon search terms and date ranges that have been produced by other parties but not by Walmart. Thereafter, the parties shall meet and confer regarding any documents not produced by Walmart.

3. No later than Friday, February 17, 2023, Plaintiff shall pay Walmart the agreed-upon amount for costs associated with Walmart's production of documents.

4. No later than Friday, February 24, 2023, Plaintiff and Walmart shall file a joint letter setting forth any remaining disputes regarding documents not produced by Walmart. In the joint letter, Walmart also shall represent that an attorney on behalf of Walmart

reviewed the documents identified in Walmart's privilege log and confirmed the accuracy of the descriptions provided in the log.

**SO ORDERED.**

Dated:     New York, New York
           February 3, 2023

_____
STEWART D. AARON
United States Magistrate Judge