**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/13/2023_
```

Wenger S.A.,

                                    Plaintiff,

            -against-

Galaxy Brands LLC et al.,

                                    Defendants.

1:20-cv-01107 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court has conducted an *in camera* review of the documents contained on the thumb drive sent by Walmart "containing the documents that Walmart maintains are privileged." (*See* Cung 3/10/2023 Ltr., ECF No. 204, at 1.) The Court makes the following rulings with respect to such documents:

1. The Court finds that the following documents are privileged and properly were withheld from production by Walmart:

   WM-Wenger0000294

   WM-Wenger0000411

   WM-Wenger0001253

   WM-Wenger0001284

   WM-Wenger0001297

   WM-Wenger0001332

   WM-Wenger0001504

   WM-Wenger0001604

   WM-Wenger0001638

WM-Wenger0001666

WM-Wenger0001927

WM-Wenger0001962

WM-Wenger0002152

2.   With respect to the string of emails contained in WM-Wenger0001556, the Court finds that the email sent on Thursday, January 31, 2019 at 3:36 PM, and the emails sent later in time, are privileged and properly are withheld from production. With respect to the string of emails contained in WM-Wenger0001822, the Court finds that the email sent on Thursday, October 3, 2019 at  4:43 PM, and the emails sent later in time, are privileged and properly are withheld from production. The Court finds that the remaining emails contained in WM-Wenger0001556 and WM-Wenger0001822 are not privileged and should be produced. Accordingly, no later than March 20, 2023, Walmart shall produce to Plaintiff the contents of WM-Wenger0001556 and WM-Wenger0001822, redacting only the emails identified in the first two sentences of this paragraph.

**SO ORDERED.**

Dated:       New York, New York
             March 13, 2023

_____
STEWART D. AARON
United States Magistrate Judge