UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                           :
WENGER S.A.,                                    :
                                Plaintiff,          :
                                                         :       20 Civ. 1107 (LGS)
                  -against-                        :
                                                         :              ORDER
GALAXY BRANDS LLC, et al.,                :
                                Defendants.      :
------------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion conference is scheduled in this action for April 19, 2023, at 4:00 P.M.  It is hereby

       **ORDERED** that the conference scheduled for April 19, 2023, at 4:00 P.M., is **adjourned** to **April 19, 2023, at 4:10 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated:  April 18, 2023
         New York, New York

                                                                                            LORNA G. SCHOFIELD
                                                                     UNITED STATES DISTRICT JUDGE