UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WENGER S.A.,  :
                           Plaintiff,  :
                                 :
         -against-  :        20 Civ. 1107 (LGS)
                                 :
GALAXY BRANDS LLC, et al.,  :        ORDER
                      Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion conference was held on April 19, 2023, at 4:10 P.M.  It is hereby

       **ORDERED** that, by **April 26, 2023**, Plaintiff shall file a letter stating whether it intends to narrow its claims in any way, as discussed at the conference.  It is further

       **ORDERED** that, if any copyright claim thereafter remains, by **May 1, 2023**, the parties shall file a joint letter with either (1) a joint application to reopen fact discovery, specifying the scope of discovery and proposed end date, or (2) Defendants' application to compel discovery on any newly discovered information relating to the copyright claim, and Plaintiff's response.

Dated: April 20, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**