UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENGER S.A., <br><br> *Plaintiff*, <br><br> v. <br><br> OLIVET INTERNATIONAL INC., ET. AL., <br><br> *Defendants*. | Case No.: 1:20-cv-001107-AS <br><br> **STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF WENGER S.A.'S CLAIMS AGAINST DEFENDANT SWISSTECH IP CO., LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Wenger S.A. ("**Plaintiff**") and Defendant SwissTech IP Co., LLC ("**SwissTech**") (together, the "**Parties**") hereby stipulate to dismissal with prejudice of each of Plaintiff's claims against SwissTech in the above-captioned action (the "**Action**"). The Parties shall bear their own costs and attorneys' fees in connection with the Action.

Dated October 6, 2023

Respectfully Submitted,

By: _/s/ Maxim N. Waldbaum_

RIMON P.C.
Maxim H. Waldbaum
David I. Greenbaum
100 Park Avenue 16th Floor
New York, NY 10017
maxim.waldbaum@rimonlaw.com
david.greenbaum@rimonlaw.com
(212) 363-0270

*Attorneys for Wenger S.A.*

1

By: /s/ _____

GOLDBERG SEGALLA LLP
Michael Anthony Siem
Christina M Juliano
Matthew Scott Trokenheim
711 3rd Avenue, Ste 1900
New York, NY 10017
646-292-8762
msiem@goldbergsegalla.com
cjuliano@goldbergsegalla.com
mtrokenheim@goldbergsegalla.com

*Attorneys for Defendant*
*Olivet International, Inc.*

By: /s/ _____

HOGAN LOVELLS US LLP
Anna Kurian Shaw (*pro hac vice*)
Lauren Cury (*pro hac vice*)
555 Thirteenth St, NW
Washington, DC 20004
anna.shaw@hoganlovells.com
lauren.cury@hoganlovells.com
202.637.5600

David Dunn
390 Madison Avenue
New York, NY 10017
david.dunn@hoganlovells.com
212.918.3000

*Attorneys for SwissTech IP Co., LLC*