

Matthew S. Trokenheim | Partner
Direct 973.681.7024 | mtrokenheim@goldbergsegalla.com

November 10, 2023

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   Wenger S.A. v. Olivet International Inc.
S.D.N.Y. Case No. 1:20-cv-01107-AS
Letter Motion to Seal

Dear Judge Subramanian,

We represent defendant Olivet International Inc. ("Olivet") in the above referenced action by plaintiff Wenger S.A. ("Wenger"). Olivet submits this Letter Motion to Seal Olivet's Reply Memorandum of Law in further support of its motion for summary judgment pursuant to Your Honor's Individual Rules and Procedures for Civil Cases and Court's standing order, 19-mc-00583, and ECF Rules & Instructions, section 6. The Reply Memorandum of Law, like the moving Memorandum of Law, includes information from documents and exhibits designated as "Confidential" or "Highly Confidential" under the Protective Oder entered in this action on July 31, 2020. Such Confidential and Highly Confidential information includes financial information of plaintiff Wenger.

Thank you in advance for your consideration.

Respectfully submitted,

GOLDBERG SEGALLA LLP

Matthew S. Trokenheim

The reply brief may remain sealed. By **November 21, 2023, at 5:00 p.m.**, Olivet shall submit a redacted version of the brief to be publicly available according to this Court's individual practices.

SO ORDERED.

Arun Subramanian, U.S.D.J.
November 13, 2023