

May 10, 2024

<u>Via ECF</u>
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   *Wenger S.A. v. Olivet International, Inc. et al.*, Case No. 20-cv-01107 (AS)

Dear Judge Subramanian:

We represent plaintiff Wenger, S.A. ("Wenger") in the above-captioned action. We write on behalf of both parties to jointly and respectfully request that the Court direct that the **"Joint Pretrial Statement" and related documents ("Joint Pretrial Statement Documents") required to be filed by Section 10 of this Court's Individual Rules and Practices (the "Rules") be filed with the Court on Tuesday May 28, 2024.**

On January 18, 2024, the Court ordered that "Trial will begin on June 17, 2024. The final pretrial conference will be held on June 10, 2024" (ECF 301). Section 10 of the Rules require that the Joint Pretrial Statement Documents be filed "at least 14 days prior to the scheduled final pretrial conference". The fourteenth day prior to June 10, 2024, falls out on Monday, May 27, 2024, which is Memorial Day, a federal holiday. This creates an ambiguity as to whether the Joint Pretrial Statement Documents should be filed on May 24, 2024, or May 28, 2024. Counsel for the Parties have conferred in good faith and have agreed to jointly respectfully request that whatever date the Joint Pretrial Statement Documents are required to be filed, the Court direct that they be filed by Tuesday, May 28, 2024. Whether the Court is thereby confirming the due date or extending the due date, the Parties believe that such an order will provide the Parties with clarity and with the time necessary to work through the record and finalize this submission. The Parties have not previously sought any clarification or extension of this date. Granting this request will not prejudice any party and will not impact the date for the trial (June 17) or the date for the final pretrial conference (June 10).

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 10, 2024

        Respectfully Submitted,

By:   <u>*/s/ Michael S. Lazaroff*</u>
     Michael S. Lazaroff
     RIMON, P.C.

*Counsel for Plaintiff Wenger S.A.*

By:   <u>*/s/ Anthony F. Lo Cicero*</u>
     Anthony F. Lo Cicero
     AMSTER, ROTHSTEIN &



                                                      EBENSTEIN LLP

                                                     *Counsel for Defendant Olivet International, Inc.*

CC: All counsel of record (*via* ECF)