UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WENGER S.A.,

                Plaintiff,

-against-

OLIVET INTERNATIONAL INC. et al.,

                Defendants.

20-cv-1107 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    To permit a full discussion of the motions in limine, motion for summary judgment, and motion to amend, the June 10 final pretrial conference will now begin at 2 p.m.

    In addition to the motions, the parties should be prepared to discuss all exhibit and deposition-designation objections so that all exhibits and designations may be pre-admitted. This process will likely require displaying the evidence as the parties might at trial, so the parties should bring any physical exhibits as to which there is a dispute as well as any necessary technology. To bring the technology into the Courthouse, they should fill out electronic-device forms. The parties must also meet and confer in an effort to trim or otherwise streamline the objections.

    The Court also requires the principal decision-makers for both sides to be present for the final pretrial conference and trial. If absolutely necessary, the decision-makers may appear remotely for the final pretrial conference. But they must appear in person for trial.

    SO ORDERED.

Dated: May 31, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge