UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENGER S.A., <br><br> Plaintiff, <br><br> -against- <br><br> OLIVET INTERNATIONAL INC. et al., <br><br> Defendants. | 20-cv-1107 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

As noted at Dkt. 363, the parties should be working together to cull the number of exhibit and designation objections. These efforts may include dropping weak or use-dependent objections as well as dropping exhibits that won't be used during trial or those that weren't produced in discovery. The parties should also be prepared to list exactly which witnesses will be testifying at trial and in what form. There are no "may call" witnesses at this point.

The conference will last as long as it takes to resolve all the objections and other issues, and the principal decision-makers are expected to remain on the line (and engaged) the whole time.

SO ORDERED.

Dated: June 7, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge